UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FITZGERALD LOFTON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>R. SPURGEON,<br><br>　　　　　　　Respondent. | Case No. CV 07-5883-AHM (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Final Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo.  The court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1   IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2   Final Report and Recommendation; and (2) denying the Petition and dismissing this
3   action with prejudice.

5   DATED: June 7, 2010

       _____
       HONORABLE A. HOWARD MATZ
6      United States District Judge

8   Prepared by:

    _____
    HONORABLE OSWALD PARADA
12  United States Magistrate Judge